| | |
|---|---|
| Stuart C. Talley (S.B. #180374)<br>KERSHAW, COOK & TALLEY PC<br>401 Watt Avenue<br>Sacramento, California 95864<br>Telephone: (916) 779-7000<br>Facsimile: (916) 721-2501<br>stuart@kctlegal.com | Randall W. Edwards (S.B. #179053)<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, California 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701<br>redwards@omm.com |
| [Additional Counsel on Signature Pages] | [Additional Counsel on Signature Pages] |
| *Attorneys for Plaintiffs and the Proposed Class* | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREVOR NELSON, SARAH NELSON, DARRYL BUTLER, and ALEJANDRO FRADES, as individuals and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>      Defendant. | Case No. 2:24-cv-02231-DAD-CKD<br><br>CLASS ACTION<br><br>**JOINT STIPULATION RE PROTECTIVE ORDER AND ESI PROTOCOL; [~~PROPOSED~~] ORDER** |

**JOINT STIPULATION REGARDING PROTECTIVE ORDER**

The Plaintiffs and Defendant Ford Motor Company ("Ford") hereby stipulate as follows:

1.  On August 8, 2024, Plaintiffs filed the instant action. *See* Dkt. 1. As set forth in the parties' Joint Rule 26(f) statement, Dkt. 34, this action relates to *Miller, et al. v. Ford Motor Co.*, No. 2:20-cv-01796-DAD-CKD, which is also pending in this District before this Court. *See* Dkt. 28 (Order Relating and Reassigning Case).

2.  On June 16, 2022, the Court in the related action *Miller* action entered the parties' Stipulated Protective Order ("Protective Order"). *See Miller* Dkt. 73, attached as **Exhibit A**. On July 5, 2022, the Court in *Miller* entered the parties' Stipulation and Order Regarding Discovery of Electronically Stored and Hard Copy Information ("ESI Protocol"). *See Miller* Dkt. 75, attached as **Exhibit B**.

3.  The Protective Order governs the treatment of confidential, protected documents produced by the Parties in this litigation, while the ESI Protocol governs the parties' exchange of discovery of electronically stored information and hard copy information.

4.  Plaintiffs and Ford stipulate, agree, and consent to be subject to and bound by the provisions of the Protective Order and ESI Protocol entered in the *Miller* action for all discovery and information exchanged in the above-referenced action.

5.  The Parties stipulate that Plaintiffs and Ford may produce documents/material subject to the Protective Order and ESI Protocol, which are incorporated by reference as if set forth fully herein.

6.  The Parties stipulate that materials produced in the *Miller* action and the *Nelson* action can be used in either action as if produced therein.

Respectfully submitted,

Dated: February 6, 2025                KERSHAW TALLEY BARLOW PC

/s/ *Stuart C. Talley*
Stuart C. Talley

William A. Kershaw

|   |   |
|---|---|
| 1 | Stuart C. Talley |
|   | Ian J. Barlow |
| 2 | 401 Watt Avenue |
|   | Sacramento, California 95864 |
| 3 | Telephone: (916) 779-7000 |
|   | Facsimile: (916) 244-4829 |
| 4 | bill@ktblegal.com |
|   | stuart@ktblegal.com |
| 5 | ian@ktblegal.com |
| 6 | Mark P. Chalos (*pro hac vice*) |
|   | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 7 | 222 2nd Ave South, Suite 1640 |
|   | Nashville, Tennessee  37219-2423 |
| 8 | Telephone: (615) 313-9000 |
|   | mchalos@lchb.com |
| 9 |   |
|   | Phong-Chau G. Nguyen (S.B. #286789) |
| 10 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|   | 275 Battery Street, 29th Floor |
| 11 | San Francisco, California 94111-3339 |
|   | Telephone: (415) 956-1000 |
| 12 | pgnguyen@lchb.com |
| 13 | Annika K. Martin (*pro hac vice*) |
|   | Gabriel Panek (*pro hac vice*) |
| 14 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
|   | 250 Hudson Street, 8th Floor |
| 15 | New York, New York  10013-1413 |
|   | akmartin@lchb.com |
| 16 | gpanek@lchb.com |
| 17 | William A. Kershaw |
|   | Stuart C. Talley |
| 18 | Ian J. Barlow |
|   | KERSHAW TALLEY BARLOW PC |
| 19 | 401 Watt Avenue |
|   | Sacramento, California 95864 |
| 20 | Telephone: (916) 779-7000 |
|   | Facsimile: (916) 244-4829 |
| 21 | bill@ktblegal.com |
|   | stuart@ktblegal.com |
| 22 | ian@ktblegal.com |
| 23 | Cody R. Padgett (S.B. #275553) |
|   | Majdi Y. Hijazin (*pro hac vice*) |
| 24 | Abigail J. Gertner (*pro hac vice*) |
|   | Nathan N. Kiyam (S.B. #317677) |
| 25 | CAPSTONE LAW, APC |
|   | 1875 Century Part East, Suite 1000 |
| 26 | Los Angeles, California 90067 |
|   | Telephone: (310) 556-4811 |
| 27 | cody.padgett@Capstonelawyers.com |
|   | majdi.hijazin@capstonelawyers.com |
| 28 | abigail.gertner@capstonelawyers.com |

nate.kiyam@capstonelawyers.com

Russell D. Paul (*pro hac vice*)
Amey J. Park (*pro hac vice*)
Natalie Lesser (*pro hac vice*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
rpaul@bm.net
apark@bm.net
nlesser@bm.net

Thomas P. Thrash (*pro hac vice*)
William T. Crowder (*pro hac vice*)
THRASH LAW FIRM PA
1101 Garland Street
Little Rock, AR 72201
Telephone: (501) 374-1058
tomthrash@sbcglobal.net
willcrowder@thrashlawfirmpa.com

Patrick Newsom (*pro hac vice*)
NEWSOM LAW PLC
40 Music Square East
Nashville, Tennessee 37203
Telephone: 615-251-9500
patrick@newsom.law

*Attorneys for Plaintiffs and the Proposed Class*

3

JT. STIPULATION RE
PROTECTIVE ORDER
2:24-CV-02231-DAD-CKD

Dated: February 6, 2025

O'MELVENY & MYERS LLP

/s/ *Randall W. Edwards*
Randall W. Edwards (S.B. #179053)
Two Embarcadero Center
28th Floor
San Francisco, California 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
redwards@omm.com

Amy Laurendeau (S.B. #198321)
O'MELVENY & MYERS LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
Telephone: (949) 823-6900
Facsimile: (949) 823-6994
alaurendeau@omm.com

Kelsey M. Larson (S.B. #267982)
O'MELVENY & MYERS LLP
400 South Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
klarson@omm.com

*Attorneys for Defendant*

[PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: February 7, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, nels24cv2231.stip.po