

# United States District Court
# Eastern District of California

Trevor Nelson, et al.,

Plaintiff(s)

Case Number: 2:24-cv-02231-DAD-CKD

V.

Ford Motor Company,

Defendant(s)

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Abigail J. Gertner hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Trevor Nelson, et al.

On 10/23/2003 (date), I was admitted to practice and presently in good standing in the Supreme Court of Pennsylvania (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

*Gutierrez, et al. v. Abbott Laboratories*, Case No. 2:24-cv-02427-TLN-SCR, pending; *Gutierrez, et al. v. Kendal Nutricare USA LLC*, Case No. 2:24-cv-02434-DC-CSK, pending; *Masters, et al. v. Hyundai Motor America*, et al., Case No. 2:25-cv-00103-DC-AC, pending;

Date: 2/12/2025

Signature of Applicant: /s/ Abigail J. Gertner

**Pro Hac Vice Attorney**

Applicant's Name: Abigail J. Gertner

Law Firm Name: Capstone Law APC

Address: c/o 1875 Century Park East, Suite 1000

City: Los Angeles          State: CA          Zip: 90067

Phone Number w/Area Code: (310) 556-6824

City and State of Residence: Wallingford, PA

Primary E-mail Address: Abigail.Gertner@capstonelawyers.com

Secondary E-mail Address: Jessica.Martinez@capstonelawyers.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Cody R. Padgett

Law Firm Name: Capstone Law APC

Address: 1875 Century Park East, Suite 1000

City: Los Angeles          State: CA          Zip: 90067

Phone Number w/Area Code: (310) 712-8029          Bar # 275553

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 13, 2025

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT