

# United States District Court
# Eastern District of California

| | |
|---|---|
| Trevor Nelson, et al., | Case Number: 2:24-cv-02231-DAD-CKD |
| Plaintiff(s) | |
| V. | APPLICATION FOR PRO HAC VICE |
| Ford Motor Company, | AND PROPOSED ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Sherry A. Rozell _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Defendant, Ford Motor Company.

On ____10/10/1986____ (date), I was admitted to practice and presently in good standing in the

____Supreme Court of Missouri____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

_____

_____

Date: ____02/28/2025____     Signature of Applicant: /s/ __Sherry A. Rozell__

**Pro Hac Vice Attorney**

Applicant's Name:            Sherry A. Rozell

Law Firm Name:            McAfee & Taft, P.C.

Address:            205 Park Central East, Ste 308

City:            Springfield            State:            MO            Zip:            65806

Phone Number w/Area Code:            (417) 409-6000

City and State of Residence:            Springfield, Missouri

Primary E-mail Address:            Sherry.rozell@mcafeetaft.com

Secondary E-mail Address:            Sherry.rozell@mcafeetaft.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:            Randall W. Edwards

Law Firm Name:            O'Melveny & Myers LLP

Address:            Two Embarcadero Center, 28th Floor

City:            San Francisco            State:            CA            Zip:            9411

Phone Number w/Area Code:            (415) 984-8700            Bar #            179053

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:            February 28, 2025

*Dale A. Drozd*

JUDGE, U.S. DISTRICT COURT