

# United States District Court
# Eastern District of California

| Nelson et al |
|---|
| Plaintiff(s) |

V.

| Ford Motor Company |
|---|
| Defendant(s) |

Case Number: 2:24-cv-02231-DAD-CKD

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jason Lichtman hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiffs

On 05/08/2023 (date), I was admitted to practice and presently in good standing in the Supreme Court of the State of Utah (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 05/01/2026          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Jason Lichtman

Law Firm Name: Lieff Cabraser Heimann & Bernstein

Address: 250 Hudson Street, 8th Floor

City: New York     State: NY     Zip: 10013

Phone Number w/Area Code: (212) 355-9500

City and State of Residence: New York, New York

Primary E-mail Address: jlichtman@lchb.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Phong-Chau Nguyen

Law Firm Name: Lieff Cabraser Heimann & Bernstein

Address: 275 Battery Street, 29th Floor

City: San Francisco     State: CA     Zip: 94111

Phone Number w/Area Code: (415) 956-1000     Bar # 286789

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: May 1, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT